IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| |
|---|
| Case No. 07-cv-00105-RPM-BNB |
| CASTLE ROCK DEVELOPMENT COMPANY, a Colorado corporation |
| Plaintiff, |
| v. |
| MERITAGE HOMES OF COLORADO, INC., an Arizona corporation and MERITAGE HOMES CORPORATION, a Maryland corporation, |
| Defendants. |
| |
| **ORDER DISMISSING THIS MATTER WITHOUT PREJUDICE** |

THIS MATTER having come before the Court on Plaintiff's Motion to Dismiss This Matter Without Prejudice, and the Court being advised the parties have settled,

HEREBY ORDERS that this case is dismissed, without prejudice, each party to bear their own costs and fees.

DONE AND ORDERED this 5th day of June, 2007.

                                                  s/Richard P. Matsch
                                                _____
                                                United States District Court Judge