IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| |
|---|
| Case No. 07-cv-00105-RPM-BNB |
| CASTLE ROCK DEVELOPMENT COMPANY, a Colorado corporation |
| Plaintiff, |
| v. |
| MERITAGE HOMES OF COLORADO, INC., an Arizona corporation and MERITAGE HOMES CORPORATION, a Maryland corporation, |
| Defendants. |
| |
| **ORDER DISMISSING THIS MATTER WITH PREJUDICE** |

THIS MATTER having come before the Court on Plaintiff's Motion to Dismiss This Matter With Prejudice, and the Court being advised of the premises:

HEREBY ORDERS that this case is dismissed, with prejudice, each party to bear their own costs and fees.

DONE AND ORDERED this 13th day of June, 2007.

s/Richard P. Matsch
_____
United States District Court Judge